**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**UNITED STATES OF AMERICA**

**v.**                                                                    **2:05CR70**

**COREY DONTAE BRANCH**

    **Defendant.**

### REPORT AND RECOMMENDATION
### CONCERNING GUILTY PLEA

Defendant, by consent, has appeared before the undersigned pursuant to Rule 11, Federal Rules of Criminal Procedure, and referral from a United States District Judge and has entered a guilty plea to a one count indictment, charging him with possession of a handgun and ammunition, after having been convicted of a felony, in violation of 18 U.S.C. §§ 922(g)(1) and 924 (a)(2).

Defendant was represented by appointed counsel, Andrew A. Protogyrou, Esquire. On March 20, 2006, defendant appeared before the Court for the purpose of entering his guilty plea. He was appropriate in appearance, responsive, and competently prepared for the hearing.

Defendant answered all questions put to him in clear and concise language. On those occasions when he had a question, defendant consulted with counsel and then promptly answered. Defendant was courteous and appropriate in his behavior at all times and clearly understood the seriousness of his position. At the close of the proceeding, defendant was remanded back to custody, pending preparation of a presentence report.

Defendant is twenty-five years of age, attended school only until the tenth grade but has received his GED, and speaks English as his native language. There was no evidence that defendant was on drugs, alcohol, or medication which might impair his judgment. He was cooperative throughout the proceeding.

Defendant entered the guilty plea pursuant to a plea agreement. The Court is completely satisfied, based upon defendant's responses, that he fully appreciates his position. Furthermore, he acknowledged that the statement of facts prepared in anticipation of his plea accurately reflects the government's evidence, in the event of trial.

After cautioning and examining defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the offense charged is supported by independent facts, establishing each of the essential elements of such offense. Therefore, the Court recommends that the guilty plea be accepted and that defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this report and recommendation within ten days from the date of its service shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

                                                    /s/
                                       **James E. Bradberry**
                                       **United States Magistrate Judge**

**Norfolk, Virginia**

   **March 21**   , 2006

<u>Clerk's Mailing Certificate</u>

A copy of the foregoing Report was mailed this date to each of the following:

       Andrew A. Protogyrou, Esquire
       Protogyrou & Rigney, PLC
       215 East City Hall Ave.
       Monticello Arcade
       Norfolk, VA  23510


       Andrew W. Robbins, Esquire
       Assistant United States Attorney
       United States Attorney's Office
       101 West Main Street, Suite 8000
       Norfolk, VA 23510

                                        Elizabeth H. Paret, Clerk


                                      By _____
                                                      Deputy Clerk

                                      _____, 2006